DANIEL YOX, Respondent, v JOSEPH CONRAD, Individually and Doing Business as GREEN MEADOW DAIRY FARM, Appellant. [744 NYS2d 744] —Appeal from an order of Supreme Court, Wyoming County (Dadd, J.), entered August 20, 2001, which denied defendant's motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Wyoming County, Dadd, J. Present—Green, J.P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.